IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thomas P. Clifford,<br><br>   Plaintiff,<br><br>v.<br><br>Patterson Companies, Inc. and<br>Patterson Medical Supply, Inc.,<br><br>   Defendants. | Case No. 1:08-cv-00828<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Joan H. Lefkow |

I hereby certify that on April 14, 2008, I caused the following documents:

Defendants' Answer and Affirmative and Additional Defenses; and

Defendants' Notice of Appearances for Kathryn Mrkonich Wilson and Shanthi V. Gaur to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Timothy J. Coffey, Esq., tcofflaw@sbcglobal.net

April 14, 2008

s/ Kathryn Mrkonich Wilson
Kathryn Mrkonich Wilson (#6201667)
**LITTLER MENDELSON, P.C.**
80 South 8th Street
1300 IDS Center
Minneapolis, MN  55402.2136
Telephone: 612/630.1000
Facsimile: 612/630.9626

*and*

Shanthi V. Gaur (#06224996)
**LITTLER MENDELSON, P.C.**
200 North La Salle Street
Suite 2900
Chicago, IL 60601.1014
Telephone: 312/372.5520
Facsimile: 312/372-7880

**ATTORNEYS FOR DEFENDANTS**

Firmwide:84897695.1 015759.1028