U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 1:08-cv-00828
Thomas P. Clifford v. Patterson Companies, Inc.,
and Patterson Medical Supply, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patterson Companies, Inc. and Patterson Medical Supply, Inc.

| NAME (Type or print) |
| --- |
| Kathryn Mrkonich Wilson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kathryn Mrkonich Wilson |
| FIRM |
| Littler Mendelson, P.C. |
| STREET ADDRESS |
| 1300 IDS Center, 80 South 8th Street |
| CITY/STATE/ZIP |
| Minneapolis, MN 55402 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6201667 | 612/313-7603 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |