U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   Case Number: 1:08-cv-00828
Thomas P. Clifford v. Patterson Companies, Inc., and Patterson Medical Supply, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patterson Companies, Inc. and Patterson Medical Supply, Inc.

| | |
|---|---|
| NAME (Type or print) Shanthi V. Gaur | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Shanthi V. Gaur | |
| FIRM Littler Mendelson, P.C. | |
| STREET ADDRESS 200 North La Salle Street, Suite 2900 | |
| CITY/STATE/ZIP Chicago, IL 60601-1014 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06224996 | TELEPHONE NUMBER 312/372.5520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |