

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 828 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Clifford vs. Patterson Companies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing stricken. Enter Scheduling Order. Non-expert discovery will close on 10/15/2008. Cut-off date for designation of plaintiff's trial expert(s) is 11/3/2008; for defendant's trial expert(s) is 11/17/2008. Status hearing is set for 10/14/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | MD |
|---|---|---|