U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 1:08-cv-00828

Thomas P. Clifford v. Patterson Companies, Inc. and Patterson Medical Supply, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patterson Companies, Inc and Patterson Medical Supply, Inc.

| NAME (Type or print) |
| --- |
| Sarah J. Gorajski |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Sarah J. Gorajski |

| FIRM |
| --- |
| Littler Mendelson P.C. |

| STREET ADDRESS |
| --- |
| 80 South Eighth Street, Suite 1300 |

| CITY/STATE/ZIP |
| --- |
| Minneapolis, MN  55402 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6286266 | 612.313.7654 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐